**JS-6/ent**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Cardiel, ) | Case No. **CV 07-6160-JFW** |
| ) | [CR 03-488-DT] |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| Linda Sanders, Warden, ) | |
| Lompoc Federal Prison, ) | |
| ) | |
| Respondent. ) | |

Pursuant to this Court's January 3, 2008 Order denying Petitioner Francisco Cardiel's Petition for Writ of Habeas Corpus by a Person in Federal Custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: January 3, 2008

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE